UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Keithshawn Lyles SPURLOCK (1),<br>Deen BANKS (2),<br><br>Defendants. | MAGISTRATE CASE NO.: **20-mj-2105**<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br><br>Title 18, U.S.C., Sec. 1591, Sex Trafficking of Children<br><br>Title 18, U.S.C., Sec. 1594, Conspiracy to Engage in Sex Trafficking of Children |

The undersigned Complainant, being duly sworn, states:

<u>COUNT 1</u>

From on or about April 6, 2020 to on or about April 9, 2020, within the Southern District of California, Defendant Keithshawn Lyles SPURLOCK, in and affecting interstate or foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person (MF1), knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe MF1, that MF1 had not attained the age of 18 years of age and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Section 1591(a).

1

## COUNT 2

From on or about April 8, 2020 to on or about April 9, 2020, within the Southern District of California, Defendant, Deen BANKS, in and affecting interstate or foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person (MF2), knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe MF2, that MF2 had not attained the age of 18 years of age and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Section 1591(a).

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

COUNT 3

From on or about and between February 1, 2020 and April 9, 2020, within the Southern District of California, Defendants, Keithshawn Lyles SPURLOCK and Deen BANKS, in and affecting interstate or foreign commerce, did intentionally conspire to knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person (MF2), knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe MF2, that MF2 that had not attained the age of 18 years of age and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Section 1591(a), (b), and 1594(c).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Michael Wiener
Special Deputy
United States Marshal

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __1__ day of June, 2020.

_____
HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

I am a San Diego County Deputy Probation Officer cross sworn as a United States Marshal Special Deputy for participating in the Child Exploitation Task Force (CETF) led by the Federal Bureau of Investigation (FBI). I have been employed by the San Diego County Probation Department since June of 2013. During my tenure, I have been assigned to Adult Field Services, AB109 Division for supervision and to the Juvenile Field Services, Juvenile Gang Suppression Unit, also for supervision. I am currently assigned to the San Diego Human Trafficking Task Force (SDHTTF) as an investigator and have been since December 2017. At SDHTTF, I have been the lead investigator or assisted on over one hundred cases. I have conducted preliminary and follow-up investigations on cases involving victims of human trafficking, prostitution, pimping, pandering, purchasers of commercial sex, and adult or juvenile forced labor.

On February 26, 2020, M.S. emailed the San Diego Police Department (SDPD) to report her daughter, 17-year-old MF2, as a runaway juvenile. That report claimed that on February 10th, 2020, MF2 went to a hotel with another juvenile female, 16-year old MF1. M.S. stated that on February 13th, 2020, MF2 told her mother she was going to live on her own with MF1 and MF2's boyfriend "Deshaun SPURLOCK" or "Spooks" who is 20-24 years old. M.S. stated that on February 16, 2020, she went to the El Cajon Inn and Suites in El Cajon, California and directed MF2 to come out of the hotel so she could take her home. MF2 refused to go home and returned to the hotel, telling her mother that she had made an arrangement with her pimp, "Deen," and had to follow up as he is a gang member, knows where she lives, and shot up a house days prior. M.S. claimed that MF2 admitted "she has exchanged sex for money" and has to give all of the money she earns from prostitution to "Deen." In the email, M.S. reported that she last saw MF2 on February 25th, 2020 (the day prior to her email).

On April 9th, 2020, M.S. contacted SDHTTF to report that MF2 was in a blue sedan

4

with MF1, SPURLOCK, BANKS, and an additional female. M.S. claimed that MF2 told her that she was fearful SPURLOCK and BANKS were going to force her into prostitution. MF2 shared her location with M.S. and asked her to pick her up as she felt her safety was in jeopardy. M.S. provided the location to SDHTTF—Econo Lodge Inn and Suites, 515 West Washington Ave, Escondido, California.

Based on this information, SDHTTF Sgt. Chiappino, Escondido Police Department (EPD) Detective Grisler and an EPD patrol unit set up surveillance at the Econo Lodge. At approximately 1426 on April 9, 2020, Sgt. Chiappino observed a small blue Volkswagen SUV in the parking lot of the Econo Lodge with two or three female occupants in the rear seat. He observed two black males exit the hotel lobby and enter the blue SUV, which then exited the parking lot. An EPD marked patrol unit initiated a traffic stop. The driver, later determined to be SPURLOCK, failed to yield and instead continued at a high rate of speed before colliding with four vehicles and coming to a stop. All occupants in the blue SUV fled on foot. SPURLOCK, MF2, MF1, and another juvenile female were all located short distances away from the blue SUV and detained. SPURLOCK was arrested on charges related to the high speed pursuit and was transported to EPD. The second male subject, later determined to be BANKS, could not be located.

All of the juveniles were interviewed. MF2 confirmed that SPURLOCK was driving the blue SUV that day. MF2 admitted that she became involved in prostitution with MF1, BANKS and SPURLOCK during the second half of January 2020. She explained that in late January/early February, BANKS took photos of her using her phone to use in prostitution advertisements. MF2 claimed that SPURLOCK gave BANKS the account information for a Megapersonals[1] account to post commercial sex advertisements of her.

---

[1] In my training and experience, I am familiar with the website "megapersonals," which I know to be a website operating in and affecting interstate and foreign commerce on which individuals can place advertisements for commercial sex.

She stated that initially, BANKS set up the dates with sex buyers, but after the first couple dates[2], she put a texting application on her phone to communicate with the sex buyers. BANKS remained logged in on his phone and would monitor MF2's communications, and would message sex buyers at times to negotiate dates for MF2. She stated during the course of a month from late January to late February/early March, she, MF1, SPURLOCK, and BANKS stayed in hotels in Poway, La Mesa, and El Cajon. MF2 stated "we do incall, outcall, car fun." [3] MF2 stated she was required to give all her prostitution earnings to BANKS. She approximated earning and giving to BANKS $1,000.00 nightly. MF2 claimed that on two or three occasions, she observed BANKS give approximately $200.00-$300.00 of her prostitution earnings to SPURLOCK. MF2 stated that she believed SPURLOCK always booked the hotel rooms in his name. MF2 stated BANKS knows MF2's age as she has known him since middle school. MF2 further stated SPURLOCK knew her age as she believed that MF1 told him her real age.

MF2 told TFOs that she, the other two juvenile females, SPURLOCK, and BANKS were looking for another hotel prior to being stopped by the police. She stated that BANKS had posted a commercial sex advertisement of her that day. She stated that she took the pictures herself and sent them to BANKS through Snapchat. MF2 unlocked her phone and showed TFOs her Text Now application reflecting a phone number ending in -0152. Investigators located prostitution advertisements posted that day at 0649 hours containing that phone number. MF2 confirmed the pictures were of her and that it was the advertisement BANKS posted of her. MF2 stated they all stayed at the Poway Best Western

---

[2] In my training and experience I know that a "date" is a term commonly used to refer to a commercial sex encounter with a sex buyer, referred to as a "john" or a "trick."

[3] In my training and experience, I know that these terms refer, respectively, to when a buyer comes to a prostitute's location, when a prostitute travels to a buyer's location, or when the commercial sex acts occur in a vehicle.

6

up until that morning. She consented to the search of her cell phone. In that phone investigators located various text conversations with johns on April 9, 2020. In those conversations, MF2 confirms that she is located in Poway, and discusses prices for specific sex acts.

SPURLOCK was also interviewed. He agreed to waive his rights and make a statement. He acknowledged that the phone that was on his person at the time of his arrest belonged to him. SPURLOCK stated he has a nickname of "Spooks" which he used for rap music. SPURLOCK admitted he was the driver of the blue SUV. SPURLOCK stated "D" and his friends were in the car with him. SPURLOCK stated he only knew "D" as "D" and has known him since he (SPURLOCK) was in middle school.

SPURLOCK's cellular phone was searched pursuant to a fourth waiver that specifically includes the search of his cellphone. On his phone, Investigators located nude photographs of MF1 (dated April 8th, 2020), photographs of MF1 that were posted in commercial sex advertisements of MF1 (dated April 8th, 2020), and internet history including the URL for the posting of MF1's commercial sex advertisements (dated April 8th, 2020). SPURLOCK also had the texting applications TextNow and Text Free installed on his cellphone and was actively receiving messages consistent with the arranging of commercial sex encounters on these applications. When asked about the contents of his phone, SPURLOCK initially stated "D" had accessed his phone that day when he exited the car for a short time. SPURLOCK admitted he has seen the girls he was with that day before but did not want to "snitch" on them. He admitted that he, BANKS, MF1, and another male were contacted by police in a hotel parking lot approximately one week prior, and that police told him that night MF1 was a juvenile. SPURLOCK claimed that MF1 was using his phone for prostitution, and that she used the hotel room for "money moves" when he was away from the room (and that he knows her money moves are prostitution encounters). Investigators asked about the texting application on his phone, and SPURLOCK stated he would see the text messages from the application. He was read one

that had appeared on the lock screen of his phone that stated, "how much for a BJ." SPURLOCK was asked what that meant, and he stated, "you know what that is, I know that is, I knew what it was throughout the process." He also stated that when he is away from the room and has his phone, he will see the incoming prostitution related messages. He stated the messages are on both phones as MF1 uses both their phones.

SPURLOCK stated he met MF1 around the end of December 2019 and MF2 shortly thereafter. He was asked about MF2 being at his hotel for prostitution. He said, "I wasn't trying to insinuate anything but yeah, they would come over to the hotel to do that." SPURLOCK continued to talk about his role and stated, "that's like incriminating myself. What is my position if it's like for protection?" He described times where MF1 would ask him to keep her safe when a "trick" came and said he would be in his car in the parking lot or nearby. Although he initially stated MF1 never gave him her prostitution earnings, he later admitted that MF1 would give him some of her earnings for hotel rooms. He also stated BANKS would help pay for hotel rooms through income earned from "employment." SPURLOCK continued to deny being involved in trafficking, but stated he knew the girls were involved in prostitution. Shortly after, the interview was terminated. SPURLOCK was booked into state custody on charges related to the high speed flight.

Investigators searched the blue SUV and found prepaid Visa cards, unused/unopened condoms, and a number of cell phones. Video surveillance footage obtained from the Econo Lodge recorded SPURLOCK and BANKS enter the hotel on April 9, 2020 to inquire about renting a hotel room. Shortly thereafter, they are seen exiting the hotel.

Investigators have located a number of prostitution advertisements on websites such as "megapersonals" for both MF2 and MF1. Commercial sex advertisements for "Super Wet Crystal" from February 3-6, 2020, February 7-12, 2020, and February 13, 2020, contain photographs of MF2. A commercial sex advertisement for "Creamy Crystal" was posted on April 9, 2020, listing a location of Poway, California and containing photos of

MF2. Commercial sex advertisements for "Diamond" from January 30, 2010 to February 9, 2020 contain photographs of MF1. Commercial sex advertisements from February 9-23, 2020 of "Princess Diamond" contain photographs of MF1 and list a location of El Cajon, California. And, from April 6-9, 2020, commercial sex advertisement for "Super Wet Jess" contain photos of MF1. I

Investigators obtained hotel registries for a number of hotels in the Southern District of California during the time period that the commercial sex advertisements for both MF1 and MF2 were posted. Those registries reveal that on numerous occasions, hotel rooms were rented by SPURLOCK. For example, the registry from the La Quinta Inn by Wyndham-Miramar, in San Diego, California, shows that from February 1-5, 2020, Room 400 was registered to Keithshawn Spurlock (for four guests). From February 12-17, 2020, the hotel registry for the El Cajon Inn and Suites in El Cajon, California shows that Room 9 was registered to Keithshawn Lyles. Finally, the April 6-April 9, 2020 hotel registry for the Best Western Poway, in Poway, California, shows that Room 224-A was rented during this time to Keithshawn Lyles-Spurlock.

The cell phones found inside the vehicle were searched pursuant to federal search warrants. In a phone MF1 denied being hers, but that SPURLOCK stated he provided to MF1, a message from February 10, 2020 was located in which SPURLOCK and MF1 discussed finding a more affordable hotel. In response, SPURLOCK stated "I mean deen gonna start goin half on these places with me…"

One of the phones searched, although claimed by one of the juvenile females, was linked to the icloud account banksdeen7@gmail.com and was associated with a telephone number ending in -8055, which BANKS has provided to law enforcement during previous contacts. In that phone, investigators located videos of MF2 from February 3, 2020, that appear to have been taken in the La Quinta Inn. A male voice can be heard in the background. The pictures in the commercial sex advertisements located for MF2 from February 3-13, 2020 appear to be still images from the videos. On February 6, 2020, the

number ending in -8055 (believed to be BANKS) had a conversation with MF2, who referred to the user of the phone as "Deen." They discussed her leaving home, and she states that "spooks finna pick me and [MF1] up." They agreed to meet at a hotel, and MF2 provided the address of El Cajon Inn and Suites in El Cajon, California. Shortly thereafter, BANKS told MF2 that he "finna post[4] so it could get brackin." Their conversation continued and they discussed various tricks that BANKS was setting up for MF2. A search of the web history for this phone revealed that on April 8 and 9, 2020, MF2's commercial sex advertisements were repeatedly accessed.

In the phone that SPURLOCK stated belonged to him, investigators located repeated logins to megapersonals in the web history, including history indicating that SPURLOCK had published commercial sex advertisements for MF1 as recently as April 9, 2020. In his emails, investigators located emails from megapersonals from April 5- 9, 2020, confirming the successful posting of ads for "Wet Jess" and "Super Wet Jess." On April 8, 2020, SPURLOCK texted MF1 "you have dates answer." On April 9, 2020, MF1 sent SPURLOCK MF2's address via text message. A few hours later, SPURLOCK told MF1 "aye can y'all take pictures so we can start posting."

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee, cause destruction of evidence, or have a negative impact on this continuing investigation.

---

[4] In my training and experience, I believe that BANKS is referring to posting advertisements of MF2 on the internet.