**FILED**

JUL 09 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>KEITHSHAWN LYLES SPURLOCK (1)<br>DEEN BANKS (2),<br><br>                    Defendants. | Case No.  20-cr-01956-JAH<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 1591: Sex<br>Trafficking of Children<br><br>Title 18, U.S.C., Sec. 1594:<br>Conspiracy to Engage in Sex<br>Trafficking of Children |

The United States Attorney charges:

Count 1

From on or about April 6, 2020 to on or about April 9, 2020, within the Southern District of California, Defendant Keithshawn Lyles SPURLOCK, in and affecting interstate or foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person (MF1), knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe MF1, that MF1 had not attained the age of 18 years of age and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Section 1591(a).

COUNT 2

From on or about April 8, 2020 to on or about April 9, 2020, within the Southern District of California, Defendant, Deen BANKS, in and affecting interstate or foreign commerce, did knowingly recruit, entice,

KEMC: 7/8/20

1  harbor, transport, provide, obtain, and maintain by any means a person

2  (MF2), knowing and in reckless disregard of the fact, and having had a

3  reasonable opportunity to observe MF2, that MF2 had not attained the age

4  of 18 years of age and would be caused to engage in a commercial sex

5  act; in violation of Title 18, United States Code, Section 1591(a).

COUNT 3

7      From on or about and between February 1, 2020 and April 9, 2020,

8  within the Southern District of California, Defendants, Keithshawn Lyles

9  SPURLOCK and Deen BANKS, in and affecting interstate or foreign commerce,

10  did  intentionally  conspire  to  knowingly  recruit,  entice,  harbor,

11  transport, provide, obtain, and maintain by any means a person (MF2),

12  knowing  and  in  reckless  disregard  of  the  fact,  and  having  had  a

13  reasonable opportunity to observe MF2, that MF2 that had not attained

14  the age of 18 years of age and would be caused to engage in a commercial

15  sex act; in violation of Title 18, United States Code, Section 1591(a),

16  (b), and 1594(c).

FORFEITURE ALLEGATIONS

18      1.    The allegations contained in Counts 1-3 of this Information

19  are re-alleged and by their reference fully incorporated herein for the

20  purpose of alleging forfeiture to the United States of America pursuant

21  to the provisions of Title 18, United States Code, Section 1594.

22      2.    Upon conviction of the offenses alleged in Counts 1-3, which

23  involve violations of Title 18, United States Code, Sections 1591 and

24  1594, defendants Keithshawn Lyles SPURLOCK and Deen BANKS shall forfeit

25  to the United States, pursuant to Title 18, United States Code, Section

26  1594, all right, title and interest in (1) any property, real or

27  personal, used or intended to be used to commit or to facilitate the

28  commission of the offenses; (2) any property, real or personal,

2

1  constituting or derived from, any proceeds obtained, directly or
2  indirectly, as a result of the offenses.

3      3.   If any of the forfeitable property described above in
4  Paragraph 2, as a result of any act or omission of the defendants;

5          a.   cannot be located upon the exercise of due diligence;

6          b.   has been transferred or sold to, or deposited with, a
7          third party;

8          c.   has been placed beyond the jurisdiction of the Court;

9          d.   has been substantially diminished in value; or

10         e.   has been commingled with other property which cannot be
11         subdivided without difficulty,

12  it is the intent of the United States to seek forfeiture of any other
13  property of the defendants up to the value of the forfeitable property
14  described above in Paragraph 2.

15
16  All pursuant to Title 18, United States Code, Section 1594.

17      DATED:  July 8, 2020.

                                    ROBERT S. BREWER, JR.
18                                  United States Attorney

19                                  

20                                  _____
                                    KATHERINE E. A. MCGRATH
21                                  Assistant U.S. Attorney

22

23

24

25

26

27

28