RANDY S. GROSSMAN
Acting United States Attorney
Katherine E. A. McGrath
CA Bar No. 287692
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9054
Email: Katherine.mcgrath@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20-CR-1956-BAS |
|---|---|
| v. | **UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DISCOVERY AND FILE FURTHER MOTIONS** |
| DEEN BANKS (2), | |
| Defendant. | **TOGETHER WITH STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES** |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, Acting United States Attorney, and Katherine E. A. McGrath, Assistant United States Attorney, and hereby files its Response in Opposition to the above-referenced motions. This briefing is based upon the files and records of the case, together with the attached statement of facts and memorandum of points and authorities.

# I.

## **FACTUAL AND PROCEDURAL BACKGROUND**

Defendant Deen Banks is facing a prosecution under 18 U.S.C. §§ 1591 and 1594. Beginning in early 2020, he conspired with his co-defendant, Keithshawn Spurlock to sex traffic a 17-year old female (MF2) and subsequently caused her to engage in commercial sex in the San Diego area on numerous occasions. They also each individually engaged in the sex trafficking of a minor female in early April 2020. (Spurlock, a 16-year-old referred to herein as MF1, and Banks, MF2.)

On April 9, 2020, after receiving reports from MF2's mother that MF2 was with MF1 and Defendants, and was going to be forced to engage in prostitution, investigators from the San Diego Human Trafficking Task Force (SDHTTF) set up surveillance at the Econo Lodge in Escondido, California. That afternoon, they observed Defendants, with three females, enter and exit the hotel. After a pursuit, Spurlock was arrested, along with MF1, MF2, and another juvenile female. Banks could not be located. Spurlock and the juveniles were interviewed and the investigation continued.

The statements of the juveniles, along with cellular phone records (text messages, call logs, web search/post histories, photographs, and videos), hotel registries, and commercial sex advertisements establish that the Defendants have been working together since early 2020 to sex traffic MF2, and that each Defendant was in the process of sex trafficking either MF1 or MF2 when they were contacted by SDHTTF on April 9, 2020. A law enforcement contact less than a month prior also places both Defendants with MF1. During that stop, both were informed by law enforcement that MF1 was 16-years old. Additional victims—one only 14-years-old—have been identified. The investigation is ongoing.

Both Defendants, following their respective arrests, waived their *Miranda* rights and spoke with SDHTTF. Spurlock denied being involved in trafficking, but stated he knew the girls were involved in prostitution. Banks admitted that he was receiving

prostitution earnings from MF2.

A complaint was filed on June 2, 2020, and an Information was filed on July 9, 2020. On January 11, 2021, former counsel was relieved and attorney Paul Blake was appointed as counsel for Defendant Banks. On January 27, 2021, Defendant Spurlock pled guilty. Also on January 27, 2021, all previously produced discovery was reproduced to Mr. Blake. The Parties have conferred regarding status of discovery and pretrial disclosures over email and have spoken about the status of discovery and the case over the phone. To date, the United States has produced approximately 839 pages of discovery, as well as both Defendants and the victims' interviews, the native phone download of Spurlock's phone, body worn camera footage, hotel surveillance footage, and relevant portions of the victims' phone downloads. Much of this discovery, given its sensitive nature and the minor status of the victims, has been produced pursuant to a protective order. The United States will continue to produce discovery as it becomes aware of additional evidence or information; however, at the moment, there is nothing outstanding to be produced.

## II.
## ARGUMENT

**A. Motion to Compel Discovery**

The United States has produced a significant volume of discovery. The investigation into this case in ongoing and new discoverable material may be obtained or generated. The United States will continue to provide additional discovery as it is identified or becomes available. Additionally, the United States will continue meet and confer with defense counsel to attempt to resolve any discovery disputes that arise. The United States will schedule a viewing of any evidence seized at a time mutually agreed upon by the parties. The United States recognizes and acknowledges its obligation pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), the Jencks Act, and Rules 12 and 16 of the Federal Rules of Criminal Procedure. The United States will continue to comply with

its discovery obligations going forward. As to exculpatory information, the United States is aware of its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1972) and will comply. The United States will also produce any evidence of bias/motive, impeachment, or criminal investigation of any of its witnesses of which it becomes aware. An inquiry pursuant to *United States v. Henthorn*, 931 F.2d 29 (9th Cir. 1991) will also be conducted. The United States has already provided information within its possession or control pertaining to the prior criminal history of Defendant. The United States opposes any bright line cut offs or the production of discovery and other materials and respectfully requests the Court to deny all requests for such deadlines at this time. To date, the United States has received no reciprocal discovery.

**B. Motion for Leave to File Further Motions**

The United States does not object to Defendant's motion for leave to file further motions, provided they are based on newly-provided information.

### III.
### CONCLUSION

For the foregoing reasons, the United States respectfully requests that the Court deny Defendant's motions where opposed.

DATED: April 14, 2021                Respectfully submitted,

                                                                RANDY S. GROSSMAN
                                                                Acting United States Attorney

                                                                */s/Katherine E. A. McGrath*
                                                                KATHERINE E. A. MCGRATH
                                                                Assistant United States Attorney