PAUL W. BLAKE (SBN: 94963)
500 La Terraza Blvd. Suite 150
Escondido, CA 92025
tele: 619-208-2470
fax: 760-451-9860
email: paulwblake@att.net
Attorney for Defendant
Deen Banks

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>DEEN BANKS,<br><br>         Defendant. | Case No.: 20CR-01956-002-BAS<br><br>SENTENCING MEMORANDUM<br><br>Date: August 30, 2021<br>Time: 9:00 a.m.<br><br>HON. CYNTHIA ANN BASHANT<br>United States District Judge |

  DEEN BANKS, the defendant in this case, by and through his counsel, submits the following Sentencing Memorandum for the Court to consider before imposing its sentence.

  The position of the defense is based upon the attached position paper, the Pre-Sentence Report (hereafter PSR), any exhibits and letters of support, and upon any such further evidence and argument that may be presented at the sentencing hearing.

Respectfully submitted,

DATED: August 8, 2021       */s/ Paul W. Blake*
                 PAUL W. BLAKE
                 Attorney for Defendant
                 Deen Banks

# I.
# STATEMENT OF FACTS

Defendant DEEN BANKS is to be sentenced on August 30, 2021 after he pled guilty on June 2, 2021 to Count Two of a three-count information. Mr. Banks was named in Counts Two and Three and his co-defendant was named in Counts One and Three. Count Two charges Sex Trafficking of Children, a violation of 18 U.S.C. § 1591(a).

# II.
# SENTENCING CALCULATIONS

**A.**   Pre-Sentence Report

The Pre-Sentence Report by the Probation Office uses the following sentencing calculation:

| | |
|---|---|
| Base Offense Level [USSG §2G1.3(a)(2)]: | 30 |
| Specific Offense Characteristics: | |
| Use of a computer re sexual conduct with a minor [USSG §2G1.3(b)(3)(B)]: | +2 |
| Commission of a sex act [USSG §2G1.3(b)(4)(A)]: | +2 |
| Adjusted Offense Level: | 34 |
| Chapter Four Enhancement (+5) [USSG §4B1.5(b)(1)]: | 39 |
| Acceptance of Responsibility : [USSG §3E1.1(a) and (b)]: | -3 |
| Total Offense Level: | 36 |

Probation calculates Mr. BANKS as having one Criminal History Points. One Criminal History Points establishes a Criminal History Category of I.

//
//
//
//

2

# III.
# DEFENSE SENTENCING POSITION

The Defense respectfully recommends a sentence of no more than 120 months for Mr. BANKS. The Defense recommends the following departures be applied to Mr. BANKS'S sentencing.

A.   Acceptance of Responsibility [USSG §§3E1.1(a) and (b)]

Mr. BANKS has clearly shown acceptance of responsibility for his actions and has assisted the government in its case by entering a guilty plea in a timely manner. Pursuant to the conditions of USSG §§3E1.1(a) and (b), Mr. BANKS should receive a downward departure of 3 accordingly.  There is an objection to the inclusion of the +2 commission of sex act Section 2G1.3(b)(3)(B) (please see objection filed). The defendant also believes that a role adjustment is applicable given the defendant's lack of leadership in the activity and his age.

B.   Mitigating Factors (18 U.S.C § 3553(a))

The United States Sentencing Commission Guidelines became advisory after *United States v. Booker* (2005). The Courts were allowed to "tailor" the sentence according to factors found under 18 U.S.C. § 3553(a).

The Defense recommends the following § 3553(a) mitigating factors be applied to Mr. BANKS's sentencing.

Mr. BANKS has admitted guilt to this Court to Sex Trafficking of Children. He has accepted responsibility for his actions and has aided the government in the quick disposition of this matter. Mr. BANKS has been cooperative and has acknowledged his involvement in this offense and is remorseful for his poor decision making. He was heavily influenced in participating by his co-defendant and became involved in order to financially assist his mother. He realizes he made a serious mistake. Upon release, he has a residence with his mother available to him. He is a recent high school graduate with good scholastic achievements and he wishes to continue his education at a community college.  Mr. Banks has overcome a number of obstacles including an IEP diagnosed

learning disorder. He has lacked guidance from a father figure in his life and the abuse of prescription drugs all have taken a toll. He suffers from depression. Mr. Banks could be greatly assisted by participating in the BOP RDAP drug treatment program.

Mr. BANKS is remorseful for his actions. He understands the seriousness of the offense and apologizes to the Court.

## IV.
## CONCLUSION

For the reasons outlined in this paper the Defense respectfully recommends a sentence of 120 months for DEEN BANKS.

Respectfully submitted,

DATED: August 8, 2021           /s/ Paul W. Blake
                                PAUL W. BLAKE
                                Attorney for Defendant
                                Deen Banks