PAUL W. BLAKE (SBN: 94963)
500 La Terraza Blvd. Suite 150
Escondido, CA 92025
tele: 619-208-2470
fax: 760-451-9860
email: paulwblake@att.net
Attorney for Defendant
Deen Banks

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br>v.<br>DEEN BANKS,<br><br>                       Defendant. | Case No.: 20CR-01956-002-BAS<br><br>SUPPLEMENTAL SENTENCING MEMORANDUM<br><br>Date:<br>Time:<br><br>HON. CYNTHIA ANN BASHANT<br>United States District Judge |

      DEEN BANKS, the defendant in this case, by and through his counsel, submits the following Supplemental Sentencing Memorandum for the Court to consider before imposing its sentence. This supplemental to the original sentencing memo (Doc. 107; August 8, 2021) consists of letters of support for Mr. BANKS offered to the Court. Respectfully submitted,

DATED: November 7, 2021        /s/ Paul W. Blake
                                            PAUL W. BLAKE
                                            Attorney for Defendant
                                            Deen Banks