September 10, 2021

Hon. Cynthia Bashant
Edward J. Schwartz
United States Courthouse
221 West Broadway
San Diego, CA 92101

Dear Judge Bashant:

I am writing on behalf of **Deen Banks** who is currently awaiting sentencing in your court.

I am the Chair of the Religion and Ethics Department at The Bishop's School in La Jolla where I taught Deen's twin brother Amaan Banks. In getting to know Amaan I had numerous conversations with their mother Imani Robinson where I learned a great deal about the home life of the family.

My impression is that Imani, as a single black mother with limited resources, did the best she could to navigate a system that is stacked against poor, young black boys. I saw first hand how hard she tried to get both boys into good academic programs in order to give them a glimmer of hope about what life could look like for them in the future. So what happened?

The boys had hurdles that blocked them at every opportunity. In Amaan's case, he was diagnosed as bipolar early in his career at Bishop's. It was a devastating diagnosis as Amaan is highly intelligent, athletically gifted, and a genuinely good person. It was fortunate that he was a student at Bishop's where a caring and vastly resourceful community could support Amaan and Imani in a tremendously painful, confusing, and gut wrenching time. At every turn, Amaan had coaches, teachers, and counselors that worked tirelessly to give Amaan the support that he so desperately needed. He was able to graduate. I worry all of the time how he will be able to navigate a post supportive community like Bishop's.

So where was Deen in all of this? Please know that in no way am I trying to minimize the crime that he has been accused of. And, I can't help but think about the young man who eagerly (along with Amaan) helped my husband and I move into our new home. Deen was respectful, funny, and enormously helpful. I thought about the vastly different academic paths the boys were on, as Deen was attending a public school that does not have the same resources as the school Amaan was attending. I worried because I was sure that he was not able to see the same opportunities that could open a new set of possibilities for a young man in his situation.

I know there is a lot of talk of the "system" and how the "system" is working against young men of color, especially if they are poor. I have spent a lot of time researching and teaching on this exact topic. I see it playing out in the life of this young man. The son of a single mother who is trying to provide hope and opportunities for her sons, trying to put food on the table, and trying to keep their father from having any real influence on them. Trying. But at every turn this mother and her boys were confronted with barriers that were just about impossible to surmount.

1

walls. Is there a chance that Deen could receive a reduced sentence if he agrees to participate in such a program?

Had Deen been in your court as a juvenile when he first met Mr. Spurlock (his co-defendant) there is no doubt that the potential outcomes of this case would look very different. I'm sure there's a small part of Imani that wishes that could have happened. More support would have been provided for Deen and options for rehabilitation. Almost unfortunately, he never came on the radar of the justice system until deemed an adult by legal standards. However, he did come onto the radar of Mr. Spurlock, six years his senior. This man was invited into the family home for bible studies, and showed himself to be a friend to Deen and his family. It was during this time that he began grooming Deen to ultimately make the decisions he did, and distorted his ability to discern right from wrong. Mr Spurlock lured Deen in with promises of legal gainful employment, telling Deen that he was getting him a job at the Fair, only to have that not come to fruition.

The combination of a family living in poverty, seeing his twin brother have access to a top quality education while struggling academically on his own, attempts to find gainful employment only to be taken advantage of, and having a dysfunctional, absent father put Deen in an insurmountably vulnerable position that Mr. Spurlock quickly identified and capitalized on. Deen felt hopeless. He fell victim to the charismatic man who showed him attention, and made him feel important and valued. Sadly in a self fulfilling prophecy sort of way the little hope that Deen had left may have just been robbed from him all together. What I am asking of you, Judge Bashant, is to restore that hope. Hope that Deen can walk free one day back to the community that loves him, and do the good we know he is capable of. Hope that he is free to do this before the damage of incarceration permanently scares the part of him that even has the ability to hope. Simply put, he is too young for our system to give up our hopes for him.

Thank you for reading my letter and for any and all considerations for Deen. If I can answer any questions, I am more than happy to do so.

Sincerely,

Dr. Regina Ballard
701 Kettner Blvd, Unit 192
San Diego, CA 92101
949- 677-0818 (cell)


Cc:   Judge Daniel E. Butcher
      Paul W. Blake, Attorney

August 15, 2021

Dear Honorable Judge Bashant,

I find this very difficult to make a micro statement about a series of events that led up to my son, Deen Banks, being in Federal custody.

Spurlock has been friends with my sons since elementary school. We all lived in the same housing complex. After we moved they would still hangout, come over for Bible Study, to play basketball at Mountain View Recreation Center, I now Chair.

When I found out that Spurlock's family lost their housing and his grandmother was living in a facility. I felt really bad, Spurlock had a child and other family, so I could not consider him living with us. Months later Deen was excited to tell me that he saw Spurlock and he was living in a motel with his girlfriend. Once he came over with his son. I gave him food and snacks to take with him. I thought he was looking out for Deen. The reality is he was grooming him.

I have always known Spurlock to work, but due to the pandemic, he was unable to work at the fair or as a security guard. Spurlock was also helping Deen get a job. All Deen wants to do is work. When Deen was in elementary school, on the weekend, he would go to all the neighbors' houses with his brother and a few friends to ask to take their trash to the dumpster. They would take the money they made to the bank for larger bills. Deen received a pair of Jordans from his grandfather when his cousin worked at the Nike Outlet. When he grew out of them, he cleaned them up and traded them. In high school Deen continued to trade his shoes. Once he traded a pair for an Apple Watch and was accused of stealing it in the middle of class.

He worked for the company Adrenaline Lacrosse with his brother the summer before their senior year. The company would not pay them until I went to the Labor Commission. Deen was awarded almost four thousand dollars in penalties they have not yet paid. Deen went to the 99 Cent Store to enquire about the help wanted sign posted on every cash register. The manager told him there were no positions available. He went to Sizzler to enquire about a job. The manager said he would call and never did. Deen did get a job at Walmart, but was only offered overnight. Deen did not want to work overnight, go to school and football practice.

Just before the quarantine Deen set up a church every Saturday with me. The Pastor asked for her hallway in her home to be painted. After I helped Deen and his high school's quarterback paint, the Pastor said she did not have any money to pay.

I know most of my sons' friends. They would all come over for Bible Study. I would serve dinner, Bible study followed by dessert. It was really big in the Summer, before football season. Once

the season started it dwindled back down to just the three of us. I remember it was Spurlock that asked about Bible Study. And I started right back up the next few weeks and Spurlock came. In February Deen and his friends were pulled over twice by the police and took Deen's phone both times.

On Tuesday, June 9, the day of his arrest, Deen and his twin brother Amaan were celebrating their graduation with family and friends at their Grandmother's home.
Five minutes after Deen left with his girlfriend, Brileyah, I received a phone call from a family friend, that Deen was getting arrested. When I arrived the officers were talking to a detective stating that they could not find his phone and the other officer stated that she attempted to shake down Brileyah. An officer also stated the warrant was issued five days prior to the arrest and waited after for the end party as a favor to us. I arrived at the police station with the arresting Officer, Sergeant Jones explained Deen was arrested under a probation hold. I did not understand because Deen was not on probation. After a few hours Sergeant Jones came out to tell me Deen was arrested for sex trafficking.

Deen's trouble with the law first began at the start of high school when he separated from his twin brother. Amaan was accepted into The Bishop's School. Deen tried twice to get in. It was devastating to our family. I just did not know how much. We were caught in a Catch-22. Keep them together and have Amaan miss out on an amazing opportunity (turned out to be the most disastrous experience for Amaan) or separate them and change their lives forever. The worst part is that Deen really saw himself at The Bishop's. When he saw the science lab I saw Deen truly light up, really seeing himself as the scientist he really is.

I called them Amaan the man and Keen Deen (Deen always thought I called him King Deen). They both excelled at sports. By middle school they kept their focus on football. Deen could have been quarterback, but too shy to try out for the team. He was his brother's keeper. Always telling him where to make adjustments to improve his game. When they separated our lives were shattered.

The second year Deen wasn't studying for the test like he knew he should, but he was getting caught up in being a freshman playing varsity at the most popular school, Madison High. When it was time for testing he tried to study. Scored much higher in math, but didn't even start the essay portion.

My sons depended on one another. Deen looked out for Amaan. They both were lost without each other and had to find their own way without each other. Amaan was also struggling with depression and finally diagnosed bipolar.

They attempted to find each other's replacements. Deen found Damascus. They were inseparable, so much so they went to juvenile hall together on a carjacking, deciding to jump in a running car without the owner. Damascus drove the car while Deen jumped in. I told Deen to go to trial. Deen wanted to come home so bad, he believed the probation officer and the

alternate public defender when they told him if he just pleaded guilty he'd get to go home sooner. The owner of the vehicle identified Damascus as the driver. After Deen pleaded guilty the DA had an officer switch Damascus' photo with Deen's. I told Deen not going to trial would come back to haunt him if he did anything out of line in the future. Deen did get back on track and got off probation. He did so well on probation with an ankle monitor, his probation Officer Hardy took him to a holiday dinner where she gifted him a bike, sports jacket and gift cards.

Deen's and his brother's troubles began much earlier. I had to stop visits with their father after I learned their father exposed them to inappropriate behavior with exposure to sex and drugs between the ages of five to seven. When I first met my sons' father, Donald Banks III, we were in cosmetology school. After I graduated I did not see him for several years. We met again when I was in a depressed state after losing my production company I started, to a group I hired into the company. Donald promised to help me start another production company. I had no idea he had a drug habit. In my depression I allowed him to take over my life. He became very abusive. He stole from me, so I never had enough money to leave . I had my daughter move with her father's family. I prayed for the strength to leave every day.

When I became pregnant that gave me the strength to leave. I did not want to expose my sons to this toxic environment. I moved and began therapy. In my third trimester Donald wanted to reconcile. I did not want to reconcile, but I did want to talk about the future of our sons. After he came over, I went to the restroom. When I returned to the living room he stole my car, and wrecked it later that evening. After my sons were born Donald wanted to see them. I only let him see them in my presence until they were five years old. At five I allowed them to go with their father. I found out by my sons' behavior that they were exposed to inappropriate behaviors with their father. I stopped visitations and could not get a family member to supervise visits. After many years of no contact I had to get in touch with Donald to get full custody of my sons.

I recently found out that my sons' father started the O'Farrell Park Gang. I also found out one of his daughters was arrested for trafficking. He was also placed in Federal custody for the first time. And placed on the same floor with Deen. Donald had his Public Defender contact me to vouch for him to get out. I refused. Because I refused he attempted to teach my sons that God does not exist. He wrote at least four letters to my son Amaan. My son began to get angry with me. Called me a liar and that God did not exist. I only read one. He was explaining to my son that he should not compete with me, and he would never put his views on him like I do. That letter came with the Freemason symbol on it.

While I was pregnant with my twins, a friend gave me a book, "Countering The Conspiracy to Destroy Black Boys", written by Jawanzu Kunjufu. The boys on the cover reminded me so much of my sons. As the boys grew up I saw the conspiracy play out in their schools and our community. I stayed very involved to counter. In the book I attempted many times to apply the tactics in the book to counter. Before all of this I tried to get someone to talk to them. I went to my pastor. My Pastor sent me to the Youth Leader. The Youth Leader sent me to my Deacon. My Deacon never showed up. There was one person from the church that asked to be Deen's

mentor, and never contacted him. He finally saw Deen in the classroom in Juvenile Hall. I went to the coaches. They never spoke to Deen outside of practice. In their letters to the court each one stated how much potential Deen has and with the right guidance he will do the right thing. There was never a counter.

Amaan and Deen were first separated in kindergarten. I remember calling the teacher to assign homework for Deen just because Amaan had a thriving class and Deen was stuck with students with disciplinary issues and English learners with little to no expectations. By second grade, Deen was diagnosed with dyslexia plus, Deen is a thinker. If a class isn't engaging with activities and projects, Deen checks out, deep into his own mind. I always imagine that's how Einstein was in grade school. Even with all of his intelligence he still has an issue with comprehension. So much so, our family calls him Captain O, for his very obvious questions that he seems to simply not understand.

Deen received vision therapy and had dedicated teachers. He left fifth grade at a 4.5 grade reading level as stated on his IEP, and sadly graduated from high school not too far from that. His education really fell apart in middle school. I asked for a program Read Naturally when he was in third grade. I continued to ask all the way up to his senior year and every time I asked I received the same answer, it's a good program, it's in the district, and it's very expensive. I went to training. I even had the representative give the school a free trial. They did not want to commit because of the price.

I chaired both Elementary and Middle School School Site Councils, just to ensure my sons were getting the best out of their education, but I would receive so much pushback from the school over Deen. I was so involved in the San Diego Unified School District, the former Superintendent, Cindy Marten contacted me to speak on her behalf on her way to getting confirmed as Deputy Education Secretary, until I told her about Deen's situation.

Amaan scored high on the gate test and had all gate classes in Middle School. He made the third round in the County Spelling Bee two years in a row. Deen received the exact opposite for what he needed. They put him in Disruptive classes with several students that needed support instead of what Deen needed, a quiet environment to learn. I even asked if they could put Deen in the classes with Amaan, so he could help support him with his homework, and give Deen extra time to finish his homework and test as his IEP allowed. When he started 8th grade he was helping everyone in his math class. I asked one of the vice principals to move Deen to a higher math class because he's teaching his class. The vice principal stated that Deen was not showing any indication he should advance. At the end of the school year the vice principal told me I was right, even though he never even moved him up. That year Deen was the only one out of all his friends and brother that earned an A for his science project from the same teacher that said he doesn't give too many A's. He even helped his brother and friends to get theirs done. Deen excelled in 3D printing, origami and paper plane making when it was an enrichment class in 7th grade, but didn't get to take 3D printing as a class the following year like his brother.

Deen has always been a math wiz. His fifth grade teacher said Deen found his own method to answers. That happened often. Deen could guess how many skittles were in a jar. Deen would even guess adults their age. Mind blowing situations with Deen. He is even more of a scientist. Deen made us a cleaning agent we used on everything: fabrics, surfaces, and shoes.

We have quite a few running jokes in our family about Deen. We call him Captain O, because he always floats in and out of presence and will make an obvious statement, but to Deen, he's just making sure he's keeping up with the conversation as he goes in and out of presence. I also tell his siblings when the apocalypse hits I'm following Deen. Deen thinks I lean on him too much by asking him to do things around the house. I finally had to tell him it's because he's going to do it right. Amaan's going to break it and Deen's going to fix it. When Deen was unable to fix things for his brother he found replacements and they were nothing on the level of his brother. It took Deen his last Thanksgiving with us to finally break down about the pain he felt not going to high school with his brother. So much so, he even talked about not wanting to live and be a burden to us, which is furthest from the truth.

Before his senior year, I finally spoke to an attorney about Deen not getting the opportunity to improve his reading and getting prepared for college like his IEP states. This was after I met with the Superintendent, after speaking to the Special Education Department with no response. The attorney simply told me to ask for what I want based on Deen's IEP. My first request was for Deen to not have any classes with support. Deen said he felt like a real student for the first time in high school, and how well he was doing when he was able to attend all mainstream classes with his peers. He then began having problems with his Statistics teacher. She would take extra points off his tests for Deen not following directions that were not written on the tests. When I called to meet with her about it, instead of showing me the test, she agreed to let him take the tests over, and of course he passed the tests.

At his IEP Review we talked about the type of classroom support he needed. The teacher did not stick to the plan and brushed him off, even turning the students against him as if he was a joke. Deen was so disappointed he did not want to attend school anymore. We tried to get him into three different online schools. Two said no and the other's failure rate was so high we decided against it. Deen begged me to let him move to live with his grandfather to finish school. I attempted to transfer him, but the school said he was too far into high school and there was no guarantee his credits would transfer, which could delay his graduation. This was my biggest regret not allowing him to go live with his grandfather.

Once quarantine hit and the whole world was in online classes, Deen thrived. Deen missed close to forty days of school and still graduated with a 2.0 with an incomplete in Statistics.

I am asking for you to be the counter for Deen. No one with the authority to counter this orchestrated pipeline to prison has ever acted on Deen's behalf. Please allow him to live up to his full potential. Imprisonment for all of his young life will make it impossible for him to do so. No one has acted on his behalf. The only door opened to him was the streets. Imagine if Deen

were given a yes to one of all those no's he received. It makes me sick to imagine all the missed opportunities and denials Deen endured. Just to add insult to injury, my sons' father only saw Amaan play one game while the boys have been playing football since 8 years old.

After high school, Deen was planning to continue going to school and play football for Mesa College with his brother. Deen was studying the ASVAB book to take the military entry exam. I am still receiving phone calls from the recruiting Officer. He's interested in engineering and architecture, but I know he's really a scientist.

Deen's brother is still planning to play football for Mesa after recovering from a manic episode from all the stress he and our family are enduring without Deen with us. Deen is well loved and needed by our family. Deen and Amaan were asked to be the Godfathers' of my great niece based on their loving spirit and integrity. Deen is a much better benefit to our family with us than in prison. Deen made a very foolish mistake. Listening and being loyal to someone he thought was his friend. The time he has spent at MCC I know he is remorseful and only wants to make a better life for himself and his family. I also know Deen did not fully comprehend what he was getting himself into with Spurlock. I know he fully regrets getting involved and falling victim to peer pressure. Deen wants to focus the rest of his life being a positive influence and doing the right thing. Going to school, getting a job, being an athlete and a law abiding citizen.

I have prepared a life for him to now thrive. I work full time as a Financial Literacy Coach for a nonprofit organization, Dreams For Change. I continue to Chair the Mountain View Advisory Council. I sit on the Parks Foundation Board. I am a consultant for Groundworks San Diego. I attend the Captain's Advisory Board meetings. I have a place in Otay outside of Mountain View to reside. Amaan and I are both in counseling. We are doing everything possible to give Deen a fighting chance to thrive.

Thank you for giving me this opportunity to share what I believe led to Deen being here and what will give Deen the opportunity to realize his potential. I am asking for Deen to get a second chance.

Sincerely,

Imani Robinson